USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EVERLAST WORLD'S BOXING HEADQUARTERS, CO.,

                Plaintiff,

      -v-

RINGSIDE, INC., et al,

                Defendants.

------------------------------------------------------------X

12 Civ. 5297 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from plaintiff, dated September 6, 2012, requesting a conference call with the Court to discuss the motion filed by defendants either to dismiss this action or to transfer it to federal court in Kansas.

The parties are directed to appear before the Court for a phone conference on September 13, 2012, at 3pm. Plaintiff's counsel is directed to ensure that all parties are on the line before placing the call to Chambers at (212) 805-0268.

SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                Paul A. Engelmayer
                                                United States District Judge

Dated: September 10, 2012
          New York, New York